**LAUREL SAVINGS ASSOCIATION,**
Successor by Merger to Peoples
Savings Association

v.

**Robert H. HILINSKI and Louise R.
Hilinski, his wife, Appellants.**

Supreme Court of Pennsylvania.

Argued March 9, 1994.
Decided March 30, 1994.

John G. Arch, Pittsburgh, for appellants.

James L. Bruggeman, Lewis E. Linn, Bruggeman & Linn, Pittsburgh, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

**COMMONWEALTH of Pennsylvania**

v.

**Willie BARNETT, Sr., Petitioner.**

Supreme Court of Pennsylvania.

Jan. 28, 1994.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

AND NOW, this 28th day of January, 1994, the request to proceed in forma pauperis is granted and the Motion to Extend Time to Perfect Nunc Pro Tunc Appeal is denied.

Mr. Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

**COMMONWEALTH of Pennsylvania**

v.

**Robert E. LASSEN, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 4, 1994.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

"PER CURIAM:

AND NOW, this 1st day of February, 1994, the request to proceed in forma pauperis is granted and the Motion for Extension of Time to File Petition for Allocatur and request for appointment of counsel are denied.

Mr. Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to unavailability of Mr. Justice Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993."